# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DOMINIQUE DEWAYNE GULLEY-FERNANDEZ,**

    Plaintiff,

  -vs-                                            **Case No. 16-C-133**
                                                  **Appeal No. 16-2065**

**HAKIM Q. NASEER,**

    Defendant.

# ORDER

The plaintiff, at all relevant times a prisoner who is representing himself, filed an appeal of this Court's order on May 9, 2016. On May 27, 2016, this Court denied the plaintiff's request to proceed without prepaying the filing fee on appeal and directed the plaintiff to pay the appellate filing fee of $505.00 by June 16, 2016. *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997), rev'd on other grounds by, *Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000) and *Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). The plaintiff failed to do so, and the United States Court of Appeals for the Seventh Circuit dismissed his case on August 19, 2016.

This Court must now collect the outstanding fees by the procedures outlined in 28 U.S.C. §1915(b). *Newlin,* 123 F.3d at 434.

**IT IS THEREFORE ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $505.00 appeal fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and numbers assigned to this action.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to the PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated at Milwaukee, Wisconsin, this 25th day of August, 2016.

                                  **BY THE COURT:**

                                  s/ *Pamela Pepper*
                                  for **HON. RUDOLPH T. RANDA**
                                  **U.S. District Judge**